

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00121-CR

EDWARD JOSEPH MOYA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Titus County, Texas
Trial Court No. 17,479

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Edward Joseph Moya appeals from his conviction of manslaughter. The clerk's record was filed July 18, 2012, and the reporter's record was filed October 1, making the appellant's brief due October 31. On December 10, having received nothing from appellant's counsel, the clerk's office sent a late brief notice advising that the brief was late and extending the filing deadline to December 27. On December 27, counsel for appellant filed a motion seeking an extension of appellant's briefing deadline. The motion was granted, and the deadline was extended to January 3, 2013; however, the Court indicated at that time that no additional extensions of time would be granted. On January 17, appellant's counsel filed a second motion to extend the deadline for filing appellant's brief.

We have reviewed counsel's second motion to extend and the record on appeal, and we have been provided with no compelling information to convince us that this brief requires more time to prepare. In accordance with our previous dictate that no additional extensions of time would be granted, the motion to extend time to file appellant's brief is overruled.

We order counsel to file appellant's brief with this Court on or before February 4, 2013. If the brief is not received by February 4, we may abate this case to the trial court for a hearing pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.8(b)(2). Further, we warn appellant's counsel that his failure to timely file appellant's brief may subject him to contempt proceedings.

IT IS SO ORDERED.

BY THE COURT

Date:   January 23, 2013